IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-1345-SMY-RJD |
| | ) |
| WILLIAM M. SPILLER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on a discovery dispute. Plaintiff is proceeding in this case on Fourteenth Amendment claims for deprivation of a liberty interest without due process for confining him in punitive segregation for one year based on alleged false disciplinary charges. Plaintiff has requested a copy of the investigation report, including witness statements, that implicated him in the December 7, 2015 fight. Defendants provided a heavily redacted copy of the report to Plaintiff's counsel citing safety and security concerns. Plaintiff seeks an unredacted copy of the complete report. On January 22, 2019, the Court held a discovery dispute conference and Defendants were directed to submit an unredacted copy of the report for *in camera* review. The Report of Investigation has been reviewed. The Court finds that the information contained in the investigative report, including witness statements, is relevant to the issues of this case. Defendants are **ORDERED** to produce a copy of the investigation report to Plaintiff's counsel with only the personal identifying information and STG affiliation of witnesses redacted. Defendants may also redact any health information contained in the report. The copy of the

investigative report is **ONLY** to be reviewed by Plaintiff's Counsel.  Plaintiff's Counsel is **ORDERED** not to share a copy of the investigation report with Plaintiff.  Defendants are **DIRECTED** to produce the investigation report to Plaintiff's counsel within seven days.

**IT IS SO ORDERED.**

**DATED:   February 11, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**